```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT BLUEFIELD
```

JESSE LEE PARKER, Jr.,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:08-0263

STEVENS CORRECTIONAL CENTER,
et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

    By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B). Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on March 26, 2010, in which he recommended that the district court dismiss defendants Stevens Correctional Center, Inmate Greg Williams, Inmate Perkins, Inmate Wilson, Inmate Gabriel Atkins, Inmate Jason Ramsey, Inmate Baisore, and Inmate Brian Miller, and refer this matter back to him for further proceedings.

    In accordance with the provisions of 28 U.S.C.A. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation. The failure of any party to file such objections constitutes a waiver of such party's right to a _de_

novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the requisite time period.  Having reviewed the Findings and Recommendation filed by Magistrate Judge VanDervort, the court adopts the findings and recommendations contained therein.  Accordingly, the court hereby **DISMISSES** defendants Stevens Correctional Center, Inmate Greg Williams, Inmate Perkins, Inmate Wilson, Inmate Gabriel Atkins, Inmate Jason Ramsey, Inmate Baisore, and Inmate Brian Miller, and **REFERS** the matter back to Magistrate Judge VanDervort for further proceedings.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 26th day of April, 2010.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge

2